FILED

2020 AUG -7  PM 5:00

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CRAWFORD ELECTRIC SUPPLY §
COMPANY, INC., §
§
*Plaintiff,* §
§
v. §              Civil Action No. 1:19-cv-00384
§
DANE BRAUN, and SCOTT SHAVER, §
HARRIS SHARAWI §
*Defendants.* §

## AGREED STIPULATION, INJUNCTION, AND FINAL JUDGMENT

This Agreed Stipulation, Injunction and Final Judgment ("Injunction") is entered into by

Crawford Electric Supply Company, Inc. ("Crawford"), on the one hand, and the Defendants Dane

Braun ("Braun"), Scott Shaver ("Shaver"), Harris Sharawi ("Sharawi") and non-parties: (1) 1155

Distributor Partners-Austin, LLC, (2) 1155 Distributor Partners-Dallas, LLC, (3) 1155 Distributor

Partners-Houston, LLC, (4) 1155 Distributor Partners-San Antonio, LLC, and (5) 1155 Distributor

Partners, LLC, on the other hand (collectively the "Parties").[1]  Pursuant to the agreement of the

Parties,

**IT IS STIPULATED, ORDERED, and ADJUDGED as follows:**

1.      For purpose of this Injunction, the following definitions will apply:

 a)      Plaintiff and Defendants may be referred to hereafter collectively as "Parties."

---

[1] Defendants, the Lonestar Entities and the Former Employees, as defined herein, deny the allegations in the lawsuit, including that they took or had Crawford's trade secrets or protected information, and thus they do not object to the entry of this Injunction because they cannot use what they do not have.  Plaintiff disagrees with that position.

1

7831206 v1

b)        Non-parties (1) (1) 1155 Distributor Partners-Austin, LLC, (2) 1155 Distributor Partners-Dallas, LLC, (3) 1155 Distributor Partners-Houston, LLC, (4) 1155 Distributor Partners-San Antonio, LLC, and (5) 1155 Distributor Partners, LLC and their respective officers, directors, members, employees, and agents are collectively referred to herein as the "Lonestar Entities."

c)        The "Former Employees" shall mean Colton Braun, Clarissa Vargas, Denise Cawthon, Robert Bauer, Brian Zigrang, Darlene Fuentes, Eric Haynes, John Lindsey, Lauren Kosub, Scott Keller, and Wayne Kotzur.

d)        "Crawford Confidential Information" is defined as any of Crawford's information that is in tangible form (electronic or hard copy) that contains Crawford's past, present or future products or services; the identity of customers; techniques of doing business; financial and profit information; pricing; marketing strategy and information; vendor information and rebate arrangements; analyses; reports; computer software, including operating systems, source and object code, applications, program listing and flow charts; trademarks, service marks, logos and brand names under development; manuals and documentation; accounting and business methods; trade secrets; works of authorship, inventions and new developments and methods, whether or not patentable or copyrightable or reduced to practice; the existence or terms of any contracts or potential contracts; and lists of existing or prospective customer and/or vendors and all other data related thereto.

e)        Crawford Confidential Information does not include information that is (i) publicly available, or, (ii) was not acquired, directly or indirectly, from Crawford, or (iii) was acquired from a third party who did not acquire such information, directly or indirectly, from Crawford and was not otherwise in breach of any obligation of confidentiality to Crawford.

7831206 v1

2.      Shaver, Braun, Sharawi, the Lonestar Entities, the Former Employees, and their respective agents, servants, employees, representatives, attorneys, and all persons, firms, corporations or other entities, acting or purporting to act in active concert or participation with Shaver, Braun, the Lone Star Entities, the Former Employees, and anyone who receives actual notice of this Order by service or otherwise (collectively, the "Enjoined Entities") are hereby **ORDERED, ENJOINED AND/OR PREVENTED** as follows up and until June 23, 2023:

   a.   From knowingly possessing Crawford Confidential Information.

   b.   If any of the Enjoined Entities hereafter discover they have Crawford Confidential Information in their possession, custody or control, they will destroy, or return it to Crawford as soon as reasonably practical, but no later than three (3) business days after discovering the information.

   c.   From disclosing or using, directly or indirectly, or authorizing or permitting anyone under his or her direction to disclose to anyone, Crawford Confidential Information that he/she obtained while employed at Crawford whether or not acquired, originated or developed in whole or in part by him/her.

   d.   From collecting pieces of information from several sources and compiling them together, in any manner, in an attempt to circumvent their respective obligations under this Injunction.

3.      Each party shall bear their own costs and attorneys' fees incurred through the date of this judgment.

4.      All claims asserted by or against any party are denied and dismissed with prejudice, and all relief requested by or against any party and not granted herein is denied.

7831206 v1

5.    The Parties, the Former Employees, and the Lonestar Entities waive any right to appeal from this Injunction.

6.    This Court shall retain jurisdiction to enforce the terms of this Injunction.

7.    This is a FINAL JUDGMENT and finally disposes of all parties and all claims.

Signed this _____ day of _____, 2020.

_____
JUDGE PRESIDING

4

7831206 v1

**AGREED AS TO FORM AND SUBSTANCE AND REQUESTED ENTRY:**


By:    /s/Bruce C. Morris
       Bruce C. Morris
       State Bar No. 14469850
       KANE RUSSELL COLEMAN LOGAN PC
       5051 Westheimer, Suite 1000
       Houston, Texas 77056
       Telephone: 713-425-7450
       Facsimile: 713-425-7700
       bmorris@krcl.com

       **ATTORNEY-IN-CHARGE FOR PLAINTIFF**
       **CRAWFORD ELECTRIC SUPPLY COMPANY, INC.**


By:    /s/Marcus Fettinger
       D. Scott Funk
       GRAY REED & MCGRAW LLP
       State Bar No. 07550900
       1300 Post Oak Blvd, Suite 2000
       Houston, Texas 77056
       Telephone: (713) 986-7000
       Facsimile: (713) 986-7100
       E-mail: *sfunk@grayreed.com*

       Marcus Fettinger
       1601 Elm Street, Suite 4600
       Dallas, Texas 75201
       Telephone: (214) 954-4135
       Facsimile: (214) 953-1332
       E-mail: mfettinger@grayreed.com

       **ATTORNEYS FOR DEFENDANTS**
       **DANE BRAUN, SCOTT SHAVER, and**
       **the LONESTAR ENTITIES**

7831206 v1

By: /s/Jay Aldis
   Jay Aldis
   BRACEWELL LLP
   State Bar No. 00785656
   711 Louisiana Street, Suite 2300
   Houston, Texas 77002-2781
   Telephone: (713) 221-1381
   Facsimile: (713) 221-1212
   E-mail: jay.aldis@bracewell.com

   **ATTORNEY- IN CHARGE FOR**
   **DEFENDANT HARRIS SHARAWI**

6

7831206 v1

**AGREED AS TO FORM AND SUBSTANCE AND REQUESTED ENTRY:**

By: _Colton Braun_

Printed Name: _Colton Braun_

8

7831169 v1

**AGREED AS TO FORM AND SUBSTANCE AND REQUESTED ENTRY:**

By: _____

Printed Name: _Clarissa Vargas_____

8

7831169 v1

**AGREED AS TO FORM AND SUBSTANCE AND REQUESTED ENTRY:**

By: _Denise Cawthon_

Printed Name: _DENISE CAWTHON_

9

7831179 v1

**AGREED AS TO FORM AND SUBSTANCE AND REQUESTED ENTRY:**

By: _____

Printed Name: _ROBERT BAUER_____

8

AGREED AS TO FORM AND SUBSTANCE AND REQUESTED ENTRY:

By: _____

Printed Name: _____ BRIAN Zigrang _____

7831169 v1

AGREED AS TO FORM AND SUBSTANCE AND REQUESTED ENTRY:

By: _____

Printed Name: _Darlene Fuentes_

8

7831169 v1

**AGREED AS TO FORM AND SUBSTANCE AND REQUESTED ENTRY:**

By:_____

Printed Name: _____

8

**AGREED AS TO FORM AND SUBSTANCE AND REQUESTED ENTRY:**

By: _John Linsley_____

Printed Name: _JOHN LINSLEY_____

7831179 v1

AGREED AS TO FORM AND SUBSTANCE AND REQUESTED ENTRY:

By: _Lauren Kosub_____

Printed Name: _Lauren Kosub_____

8

AGREED AS TO FORM AND SUBSTANCE AND REQUESTED ENTRY:

By: _____

Printed Name: _Scott Keller_____

8

7831169 v1

AGREED AS TO FORM AND SUBSTANCE AND REQUESTED ENTRY:

By: _____

Printed Name: Wayne Kotzur

7831179 v1